EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2002

at ____ o'clock and ____ min ____ M.
WALTER A.Y.H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER HORSFALL,<br><br>        Defendant. | CR. NO. CR02-00214 HG<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B) |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 16, 2002, in the District of Hawaii, CHRISTOPHER HORSFALL knowingly and intentionally distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges:

On or about Feburary 15, 2002, in the District of Hawaii, CHRISTOPHER HORSFALL knowingly and intentionally distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: May 23, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney

2