AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
### District of Hawaii

FEB 09 2007

at 9 o'clock and 25 min. AM
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00214HG |

CHRISTOPHER HORSFALL
1714A Eluwene St.
Honolulu, HI 96819
(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST CHRISTOPHER HORSFALL and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Distribution of Methamphetamine, Schedule II as to Counts 1 and 2

**SEALED BY ORDER OF THE COURT**

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May 23, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL     By: Barry M. Kurren, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  05-30-2002 | James Yu  GS | *[signature]* |